FILED

08/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0462

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0462

ROBERT L. ROSE,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

## ORDER

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 5, 2020, within which to prepare, serve, and file the State's response.

**TKP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2020